**HERNANDO COUNTY, a Political Subdivision of the State of Florida, v. CERTAIN LANDS in Hernando County, Florida, against which taxes are delinquent.**

19 So. (2nd) 612                               June Term, 1944
November 10, 1944                              Division A

*D. M. Johnson,* for plaintiff.

*Clyde H. Lockhart,* for defendant.

PER CURIAM:

Motion for determination of certified question should be denied on authority of J. Schwob Co. of Florida v. Florida Industrial Commission, 11 So. (2nd) 782, 152 Fla. 203. Denial of request for oral argument necessarily follows.

So ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.